UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ICBC (LONDON) PLC,                                      : 15 Civ. 0070 (LAK) (FM)
                                                        :
                          Plaintiff,                    :
                                                        :
          -against-                                     :
                                                        :
THE BLACKSANDS PACIFIC GROUP, INC.,                     :
                                                        :
                          Defendant.                    :
                                                        :
-----------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant The Blacksands Pacific Group, Inc (a non-governmental corporate party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Dated:     New York, New York
           January 7, 2014

                                        KORNSTEIN VEISZ WEXLER & POLLARD, LLP

                                        By: _____
                                              Kevin J. Fee (KF-8818)
                                              Joel H. Rosner (JR-1776)
                                        757 Third Avenue
                                        New York, New York 10017
                                        (212) 418-8600
                                        kfee@kvwmail.com
                                        jrosner@kvwmail.com

                                        Attorneys for Defendant
                                        The Blacksands Pacific Group, Inc.

TO: Paul S. Hessler, Esq.
LINKLATERS, LLP
1345 Avenue of the Americas
New York, New York 10105

Attorneys for Plaintiff