UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ICBC (LONDON) PLC,                                                 : 15 Civ. 0070 (LAK) (FM)
                                                                   :
                                      Plaintiff,                   :
                                                                   : **AFFIDAVIT OF SERVICE**
                  -against-                                        :
                                                                   :
THE BLACKSANDS PACIFIC GROUP, INC.,                                :
                                                                   :
                                      Defendant.                   :
                                                                   :
-------------------------------------------------------------------X

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

JEFFREY HAYES, being duly sworn, deposes and says:

      1.     I am over the age of 18, I am not a party to this action, and reside in the state of New York, County of Westchester.

      2.     On January 7, 2015, I served the **Civil Cover Sheet, Notice of Filing of Notice of Removal, Notice of Removal, Rule 7.1 Disclosure Statement, SDNY Electronic Case Filing Rules & Instructions, and Individual Rules of Practice of Judge Lewis A. Kaplan** on ICBC (LONDON) PLC by delivering by hand the aforementioned **Civil Cover Sheet, Notice of Filing of Notice of Removal, Notice of Removal, Rule 7.1 Disclosure Statement, SDNY Electronic Case Filing Rules & Instructions, and Individual Rules of Practice of Judge Lewis A. Kaplan** to the mailroom clerk for Linklaters LLP, counsel for ICBC (LONDON) PLC, at 1345 Avenue of the Americas, New York, New York 10105, at or about 4:05 p.m.  The mailroom

3701000AFFJAH.00001.wpd

clerk said he was authorized to accept service of the papers.

JEFFREY HAYES

Sworn to before me this
8th day of January, 2015

Notary Public

JOEL H. ROSNER
Notary Public, State of New York
02RO6247151
Qualified in New York County
Commission Expires Aug. 22, 20 15

2