UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ICBC (LONDON) PLC,

                        Plaintiff,

    -against-

THE BLACKSANDS PACIFIC GROUP, INC.,

                        Defendant.

-----------------------------------------------------------------X

15 Civ. 0070 (LAK) (FM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

LOUIS VALENZUELA, being duly sworn, deposes and says:

    1.    I am over the age of 18, I am not a party to this action, and reside in the state of New York, County of Queens.

    2.    On January 9, 2015, I served the **Letter-Motion to Judge Kaplan for an Extension of Time. Dated January 9, 2015** on ICBC (LONDON) PLC by delivering by hand the aforementioned **Letter-Motion to Judge Kaplan for an Extension of Time. Dated January 9, 2015** to "Thomas," an employee of Linklaters LLP, counsel for ICBC (LONDON) PLC, at 1345 Avenue of the Americas, New York, New York 10105, at or about 4:15 p.m. "Thomas" is an African-American male with dark hair, approximately 6'0" tall, mid-30s, around 170-180 lbs. Thomas said he was authorized to accept service of the papers.

                                                                 _____
                                                                 LOUIS VALENZUELA

Sworn to before me this
9th day of January, 2015

_____
Notary Public

        JOEL H. ROSNER
  Notary Public, State of New York
        02RO6247151
  Qualified in New York County
  Commission Expires Aug. 22, 20 15