UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ICBC (LONDON) PLC,

                Plaintiff,

      v.                                  15-CV-0070 (LAK)

THE BLACKSANDS PACIFIC GROUP, INC.,

                Defendant.

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters his appearance for Plaintiff ICBC (London) plc in the above-captioned action and requests that copies of all papers in this action be served upon the undersigned counsel via ECF or at the address stated below.

I certify that I am admitted to practice before this Court.

Dated:   New York, New York
           January 9, 2015

                                        Respectfully submitted,

                                        Linklaters LLP

                                        By:   /s/ Paul S. Hessler
                                        Paul S. Hessler
                                        1345 Avenue of the Americas,
                                        New York, NY 10105
                                        (212) 903-9000
                                        (212) 903-9100 (fax)

                                        Counsel for Plaintiff ICBC (London) plc

//