UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ICBC (LONDON) PLC,

                Plaintiff,

      v.                              15-CV-0070 (LAK)

THE BLACKSANDS PACIFIC GROUP, INC.,

                Defendant.

---

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters his appearance for Plaintiff ICBC (London) plc in the above-captioned action and requests that copies of all papers in this action be served upon the undersigned counsel via ECF or at the address stated below.

      I certify that I am admitted to practice before this Court.

Dated:    New York, New York
             January 9, 2015

                                          Respectfully submitted,

                                          Linklaters LLP

                                          By:    /s/ Charles T. Pollak
                                          Charles T. Pollak
                                          1345 Avenue of the Americas,
                                          New York, NY 10105
                                          (212) 903-9000
                                          (212) 903-9100 (fax)

                                          Counsel for Plaintiff ICBC (London) plc

//