# Linklaters

Paul S. Hessler
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone (+1) 212 903 9000
Direct Line (+1) 212-903-9132
Direct Fax (+1) 212-903-9100
paul.hessler@linklaters.com

The Honorable Lewis A. Kaplan, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States
Courthouse
500 Pearl Street
New York, New York 10007-1312

January 9, 2015

**Re: ICBC (London) plc v. The Blacksands Pacific Group, Inc. (No. 15-CV-0070 (LAK) (FM))**

Dear Judge Kaplan:

We represent Plaintiff ICBC (London) plc. We respectfully object to Defendant's request for a 30-day extension of its time to respond to Plaintiff's motion for summary judgment for two reasons:

- This proceeding involves Plaintiff's claim for summary judgment based on an instrument for the payment of money only. There are no defenses to the claim, and the only material facts are undisputed: the Defendant unconditionally guaranteed the amounts Plaintiff seeks to recover, waived any potential defenses including any right of set off, and has repeatedly admitted that the funds Plaintiff seeks to recover were loaned to borrower (an affiliate of the Defendant) and are due and owing;

- The Defendant's request for an extension is driven by a crisis of its own making. Defendant has known for months that this action would be filed. The amounts Plaintiff seeks to recover were due nearly one year ago. We delivered a draft of the petition for summary judgment to Defendant on October 23. We filed the action in New York State Court and served the Defendant on December 10. The next day we informed Defendant that, because of the Defendant's pattern of delay and the absence of any defenses, Plaintiff would not agree to an extension of time to respond, and we suggested that Defendant retain counsel immediately. Defendant's response to the petition was due in state court on January 2; it did not file a response, but rather appears to have waited until the last possible moment after the response deadline to retain counsel and to remove the case to this Court.

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York and District of Columbia Bars and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.

Linklaters

We are sympathetic to Defendant's counsel's plight, and as a courtesy agreed to a one-week extension. Because of the simplicity of the facts of this case, the already extensive delays, and the fact that opposing counsel's unenviable position is entirely the result of his client's own tactical decisions, we respectfully object to the longer extension sought by Mr. Fee.

Yours sincerely,

*[signature]*

Paul S. Hessler

cc:   Kevin J. Fee, Kornstein Veisz Wexler & Pollard, LLP