# RE: ICBC - RESERVES BASED REVOLVER FACILITY - CAT CANYON CALIFORNIA ASSET

**Julian Madgett [julian.madgett@icbclondon.com]**

**Sent:** Sunday, October 27, 2013 10:48 PM
**To:** M. KELLY [mkelly@blacksandspacific.com]
**Cc:** mariana.faria@icbclondon.com; BRENNERMAN R. J@Executive Office [rbrennerman@blacksandspacific.com]; zhuliang@icbc.com.cn
**Attachments:** BSPAB CAT CANYON - Cash F~1.xlsx (32 KB)

Thanks

Reworked your summary excel with the ICBC costs entered

- The elimination of all amortisation is rather difficult perhaps can live with $100m split $50m end yr 4 and end yr 5 instead of $250m
- Before checking the cover ratios are compliant can you agree these numbers in the sheet
- Please break out the 2nd lien fees to reconcile and adjust the $40.95m total fees in line 35
- Please elaborate on the BSPAB $200m contribution (line 43) intra group loan from BSP Inc parent converted to equity upfront at a push had been discussed at a mere $15m
- Please confirm the inferred opex numbers are correct

The $5m net bridge funds should be included as refinanced by the main advance although the interest is not as paid upfront by BSP Inc

The price in the first year $89/bbl is pre pipeline spur completion so using trucked values is this at least what can be earned at todays prices – if it is more hedging does not compensate.
On the current program when does the spur kick in.

The relevant chain of reporting for headoffice review is

```
Shen Min

Global Head of Global Project Finance & Strategic Cooperation ICBC
55 Fuxingmennei Avenue
Xicheng District
Beijing China
100140
Tel  0086 10 66108430
Fax  0086 10 66108397
Email shenmin@icbc.com.cn
```

**William liu**
Head Global Project Finance & Strategic Cooperation
**Project & Export Finance**
**Industrial and Commercial Bank of China limited**

Tel： 86 10 6610 7254
Fax： 86 10 6610 8397
Cell： 86 139 1023 6998
Email： william@icbc.com.cn
Blackberry： wei.liu@icbci.com.hk

(Mr)Liang ZHU (朱亮) CIM Member
Global Project Finance & Strategic Cooperation
Corporate Banking Department II
Industrial and Commercial Bank of China
55 Fuxingmennei Avenue,Xicheng District,
Beijing,China 100140
Direct +86 10 6610 4196
Fax    +86 10 6610 8397
Mobile +86 1391 023 9217
Email   zhuliang@icbc.com.cn
Private mail: blizzardmoon@hotmail.com (WLM)

Zhuliang (Julian English given name - another one - always a sign of quality!) is doing the analysis so please give access to the data room

Best Regards

Julian Madgett /  麦君安
Head of Commodity & Structured Finance
商品及结构融资业务主管市场部
ICBC (London) plc
81 King William Street
London EC4N 7BG
Tel:     +44 20 7397 8888
Direct: +44 20 7397 8842
Fax:    +44 20 7397 8899
Email:  julian.madgett@icbclondon.com
Website: www.icbclondon.com

ICBC 工银伦敦

Please note that this message is intended for the named recipient(s) only. Its contents may be confidential. If you are not an intended recipient, you may not disclose, copy or use in any way the information contained in it; please delete it and notify the sender by return e-mail. ICBC (London) plc does not necessarily accept legal responsibility for the contents of this message. Views and opinions expressed are those of the author and do not necessarily represent those of the Bank.  ICBC (London) plc, 81 King William Street, London EC4N 7BG, registered in England and Wales with limited liabilities. Company No. 4552753. Authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.

REDACTED