**BLACKSANDS PACIFIC ALPHA BLUE, LLC**
**PROPOSED $70m ICBC RCF (REVOLVER CREDIT FACILITY)**
**RANKING PARI-PASU FIRST LIEN**

# MEMORANDUM
# FOR DISCUSSION or PRESENTATION

| | |
|---|---|
| Finance Terms | |
| Borrower: | Blacksands Pacific Alpha Blue, LLC |
| Security: | First lien in 100% of the asset of the Borrower, including hydrocarbon reserves, and any additional assets ranking pari-pasu with existing first lien |
| Lender: | ICBC (London) PLC. |
| Facility Size: | $70 MM |
| Maturity: | 5 yrs. |
| Use of Proceeds: | Partially fund the acquisition of 100% of the assets, capital expenditures, general working capital purposes and pay related fees and expenses. |
| Pricing: | Upfront Fee: 3.00%, Margin: 4.5% |
| Amortization: | As agreed between borrower and lender (Based solely on revenues proportionate to lender`s finance) |
| Other Discussion Points: | Lender to provide hedging on its portion on $70MM finance.<br>Discussion to nominate ICBC as project treasury bank for revenue collection<br>Sole outstanding Parent Guarantee (limited to $70 MM Finance)<br>Interest Paid quarterly |

PREPARED BY

**BLACKSANDS PACIFIC**

Corporate finance, IR and Corporate Communications Group
**BLACKSANDS PACIFIC ENERGY CORPORATION**
**On Behalf Of: Blacksands Pacific Alpha Blue, LLC**