UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ICBC (LONDON) PLC,

                    Plaintiff,

      -against-

THE BLACKSANDS PACIFIC GROUP, INC.,

                    Defendant.
------------------------------------------------------------------------X

THE BLACKSANDS PACIFIC GROUP, INC. and
BLACKSANDS PACIFIC ALPHA BLUE, LLC,

                    Counter-Plaintiffs

      -against-

ICBC (LONDON) PLC,

                    Counter-Defendant.
------------------------------------------------------------------------X

15 Civ. 0070 (LAK) (FM)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Counter-Plaintiffs THE Blacksands Pacific Group, Inc. and Blacksands Pacific Alpha Blue, LLC.

I certify that I am admitted to practice in this court.

Dated:     New York, New York
            February 9, 2015

                    KORNSTEIN VEISZ WEXLER & POLLARD, LLP

                    By:    /s/ Joel H. Rosner
                          Joel H. Rosner (JR-1776)

3701000NOTJHR.00005.wpd

757 Third Avenue
New York, New York 10017
(212) 418-8600
jrosner@kvwmail.com

Attorneys for Defendant and Counter-Plaintiff
The Blacksands Pacific Group, Inc. and
Counter-Plaintiff Blacksands Pacific Alpha Blue LLC