UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
ICBC (LONDON) PLC,

                    Plaintiff,

     -against-

THE BLACKSANDS PACIFIC GROUP, INC.,

                    Defendant.

------------------------------------------------------------------------X

THE BLACKSANDS PACIFIC GROUP, INC. and
BLACKSANDS PACIFIC ALPHA BLUE, LLC,

                    Counter-Plaintiffs

     -against-

ICBC (LONDON) PLC,

                    Counter-Defendant.

------------------------------------------------------------------------X

15 Civ. 0070 (LAK) (FM)

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Counter-Plaintiff Blacksands Pacific Alpha Blue, LLC (a private non-governmental party) certifies that it is a wholly-owned subsidiary of Blacksands Pacific Energy Holdings, LLC, which is a wholly-owned subsidiary of Blacksands Pacific Energy Corporation, Inc., which is a wholly-owned subsidiary of Defendant and Counter-Plaintiff The Blacksands Pacific Group, Inc., and

there is no publicly-held corporation that owns more than 10% of Blacksands Pacific Alpha Blue, LLC's stock.

Dated:          New York, New York
                February 9, 2015

                          KORNSTEIN VEISZ WEXLER & POLLARD, LLP


                          By:      /s/ Joel H. Rosner
                                Kevin J. Fee (KF-8818)
                                Joel H. Rosner (JR-1776)
                          757 Third Avenue
                          New York, New York 10017
                          (212) 418-8600
                          kfee@kvwmail.com
                          jrosner@kvwmail.com

                          Attorneys for Defendant and Counter-Plaintiff
                          The Blacksands Pacific Group, Inc. and
                          Counter-Plaintiff Blacksands Pacific Alpha Blue LLC


TO:   Paul S. Hessler, Esq.
      Charles T. Pollak, Esq.
      LINKLATERS, LLP
      1345 Avenue of the Americas
      New York, New York 10105

      Attorneys for Plaintiff and Counter-Defendant

2