UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ICBC (LONDON) PLC,

                        Plaintiff,

            v.                              15 Civ. 0070 (LAK) (FM)

THE BLACKSANDS PACIFIC GROUP, INC.,

                        Defendant.

THE BLACKSANDS PACIFIC GROUP, INC. and
BLACKSANDS PACIFIC ALPHA BLUE, LLC,

                        Counter-Plaintiffs,

            v.

ICBC (LONDON) PLC,

                        Counter-Defendant.

------------------------------------------------------------x

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ICBC (London) plc ("ICBC") makes the following disclosures:

       Plaintiff ICBC is a wholly-owned subsidiary of the Industrial and Commercial Bank of China Limited, a publicly held corporation.

Dated: New York, New York
February 12, 2015

                                            Respectfully submitted,

                                            Linklaters LLP

                                        By: _____
                                              Paul S. Hessler
                                              Charles T. Pollak
                                1345 Avenue of the Americas
                                New York, NY 10105
                                (212) 903-9000
                                (212) 903-9100 (fax)

                                *Attorneys for ICBC (London) plc*