# Linklaters

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone +1 212 903 9000
Facsimile +1 212 903 9100
Direct Line +1 212-903-9132
paul.hessler@linklaters.com

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007-1312

**By Hand and ECF**                                           February 13, 2015

**RE: ICBC (London) plc v. The Blacksands Pacific Group, Inc., Index No. 15 Civ. 0070 (LAK) (FM)**

Dear Judge Kaplan:

We represent Plaintiff and Counter-Defendant ICBC (London) plc.

We write to inform the Court, in accordance with the Court's Motion Rules and Procedures, that counsel for both Parties have conferred, and are available for oral argument regarding Plaintiff's Motion for Summary Judgment on each of the following six Monday mornings, save for this coming Monday, February 16, 2015, which is a Federal holiday.

Respectfully Submitted,

Paul S. Hessler
On Behalf of ICBC (London) plc


cc (by email): Kevin J. Fee, Esq., Kornstein Veisz Wexler & Pollard, LLP