UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ICBC (LONDON) PLC,

                              Plaintiff,                          15 Civ. 0070 (LAK) (FM)

                          -against-

THE BLACKSANDS PACIFIC GROUP, INC.,

                              Defendant.

------------------------------------------------------------

THE BLACKSANDS PACIFIC GROUP, INC. and
BLACKSANDS PACIFIC ALPHA BLUE, LLC,

                              Counterclaim-Plaintiffs,

                          -against-

ICBC (LONDON) PLC,

                              Counterclaim-Defendant.

------------------------------------------------------------x

## NOTICE OF COUNTERCLAIM-DEFENDANT'S
## MOTION TO DISMISS COUNTERCLAIMS

       PLEASE TAKE NOTICE that upon that upon the accompanying memorandum of law and the declaration of Paul S. Hessler and the exhibits attached thereto, Counterclaim-Defendant ICBC (London) plc respectfully moves this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, Room 21B, New York, New York, on a date to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Counterclaims for failure to state a claim.

Dated: New York, NY
February 13, 2015

                    Respectfully submitted,

                    **LINKLATERS LLP**

By: _____
      Paul S. Hessler
      Charles T. Pollak
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)

*Attorneys for Plaintiff and Counterclaim-Defendant ICBC (London) plc*