# Linklaters

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone +1 212 903 9000
Facsimile +1 212 903 9100
Direct Line +1 212-903-9132
paul.hessler@linklaters.com

## MEMO ENDORSED

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/15

By Hand and ECF                                          February 12, 2015

**ICBC (London) plc v. The Blacksands Pacific Group, Inc., Index No. 15 Civ. 0070 (LAK) (FM)**

Dear Judge Kaplan:

We represent Plaintiff and Counterclaim-Defendant ICBC (London) plc. We write to request the Court's permission to file a reply brief of up to 15 pages, rather than the 10 pages specified in Your Honor's Individual Rules of Practice.

We commenced this action in state court by a motion for summary judgment in lieu of complaint. On Friday, February 6, the Defendant filed its response, raising a number of purported defenses, a request to stay entry of judgment, and objections to the relief sought in our motion. Our reply will be filed tomorrow.

We are making every effort to keep our reply as concise as possible, but respectfully request the additional pages in order that we may fully address the points raised by the Defendant.

We have conferred with Defendant's counsel, who consents to our request.

Respectfully Submitted,

Paul S. Hessler
On Behalf of ICBC (London) plc

SO ORDERED
LEWIS A. KAPLAN, USDJ

cc (by email): Kevin J. Fee, Esq., Kornstein Veisz Wexler & Pollard, LLP

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York and District of Columbia Bars and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.
A19471496/0.1/12 Feb 2015