# Linklaters

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone +1 212 903 9000
Facsimile +1 212 903 9100
Direct Line +1 212 903 9132
Direct Fax +1 212 903 9100
paul.hessler@linklaters.com

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007-1312

**By Hand and ECF**                                                      March 6, 2015

**ICBC (London) plc v. The Blacksands Pacific Group, Inc., Index No. 15 Civ. 0070 (LAK) (FM)**

Dear Judge Kaplan:

We represent Plaintiff and Counterclaim-Defendant ICBC (London) plc.

ICBC has two motions pending before the court in this matter: a motion for summary judgment (originally filed in New York State Court as a motion for summary judgment in lieu of complaint, which Defendant The Blacksands Pacific Group, Inc. ("Blacksands") removed to this court), and a motion to dismiss the counterclaims filed by Blacksands and an affiliate, Blacksands Pacific Alpha Blue, LLC. The motion for summary judgment was fully briefed on February 13, and we are today filing our reply brief on our motion to dismiss.

Pursuant to Your Honor's Individual Rules of Practice, I write to inform Your Honor that counsel for the parties have conferred, and are available for oral argument regarding both pending motions on each of the following six Monday mornings, save for this coming Monday, March 9, 2015.

Respectfully submitted,

Paul S. Hessler
On Behalf of ICBC (London) plc

cc (by email): Kevin J. Fee, Esq., Kornstein Veisz Wexler & Pollard, LLP

This communication is confidential and may be privileged or otherwise protected by work product immunity.

Linklaters LLP is a multinational limited liability partnership registered in England and Wales with registered number OC326345 including solicitors of the Senior Courts of England and Wales, members of the New York and District of Columbia Bars and foreign legal consultants in New York. It is a law firm authorised and regulated by the Solicitors Regulation Authority. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. A list of the names of the members of Linklaters LLP together with a list of those non-members who are designated as partners and their professional qualifications is open to inspection at its registered office, One Silk Street, London EC2Y 8HQ, England or on www.linklaters.com.

Please refer to www.linklaters.com/regulation for important information on our regulatory position.